**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

**Name Change**

81 Mars Bank – Change to 15 NexTier Bank, NA
182 Tompkins Vist Bank – Change to 182 Tompkins Community Bank
220 Republic First Bank d/b/a Republic Bank – Change to 58 Fulton Bank, NA

**Platinum Leader Change**

596 Bank of Princeton (The) - Remove

**Correction**

**Removal**